**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1403**

---

KEITH EDWARD KASYJANSKI,

        Plaintiff - Appellant,

    v.

DAVID SAWERINGENR; BRYANT GOODWIN; KAREN CASTLES; HODGE
CLAUDE CC HODGE; CHRIS DAWNER; ERIC WHITE; EVERETT EVREST;
WILL MONTGOMERY; ALLEN MCCOY,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Aiken.
Joseph F. Anderson, Jr., Senior District Judge.  (1:24-cv-02278-JFA)

---

Submitted:  April 30, 2026                        Decided:  May 12, 2026

---

Before AGEE, RUSHING, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Keith Edward Kasyjanski, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Edward Kasyjanski appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Kasyjanski's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).[*]  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Kasyjanski's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This case returns to us following a limited remand for the district court to determine whether Kasyjanski was entitled to a reopening of the appeal period pursuant to Fed. R. App. P. 4(a)(6).  The district court reopened the appeal period.